WILLIAM A. GASKILL AND MARTHA A. GASKILL, HUSBAND AND WIFE, PLAINTIFFS AND RESPONDENTS, v. JEAN SEVEROVIC, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF MARCUS SEVEROVIC, DECEASED, CARSIE MIT-

CHELL AND CHRIS GRENZ, DEFENDANTS AND APPELLANTS.

No. 11217.
Decided October 20, 1966.
425 P.2d 335.

Raymond Brault, Missoula, for appellants.

Memo Opinion.

PER CURIAM:

Carsie Mitchell and Chris Grenz, defendants and appellants in this cause, have filed motion to modify amended order fixing amount of costs of appeal bond, supersedeas bond, and stay of judgment pending appeal, and counsel having been heard ex parte in support of the motion; and the court now being advised;

It is ordered that the motion be denied.